ORDERED UNSEALED on **10/07/2022**   s/ judep

SEALED

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CAMERON DALE PULLIAM,<br><br>Defendant. | Magistrate Case No.: '22 MJ03613<br><br>COMPLAINT FOR VIOLATION OF:<br><br>18 U.S.C. § 2252(a)(4)(B) – Possession of Images of Minors Engaged in Sexually Explicit Conduct |

The undersigned Complainant, being duly sworn, states:

<u>Count One</u>

From a date unknown through on or about March 8, 2022, within the Southern District of California, defendant CAMERON DALE PULLIAM, did knowingly possess one and more matters containing visual depictions that had been shipped and transported using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, the production of which involved the use of a prepubescent minor and a minor who had not attained 12 years of age engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(4)(B).

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

*Kimberly Anderson*
_____
Kimberly Anderson, Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. Proc. 4.1 by telephone on this ___3rd___ day of October, 2022.

*Daniel E. Butcher*
_____
HONORABLE DANIEL E. BUTCHER
United States Magistrate Judge

## STATEMENT OF FACTS

I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and have been so employed since June 2014. I am currently assigned to the San Diego Field Office North County Resident Agency, Violent Crimes Against Children Program where I investigate crimes concerning child sexual exploitation and the receipt, possession, production, advertisement, and transmission of child pornography, in addition to other criminal violations. This complaint is based on my own investigation as well as information received from fellow FBI agents and other law enforcement officers.

On June 15, 2019 and again on February 15, 2022, a law enforcement version of publicly available peer-to-peer file sharing software[1] was used to connect to a computer that was connecting to the internet from IP Address 76.216.234.194 (the SUBJECT IP ADDRESS), the FBI was able to obtain files directly from this internet user's machine. The received files from the user's machine included videos depicting prepubescent females engaging in sexually explicit conduct.

The first P2P file-sharing download from the SUBJECT IP ADDRESS occurred on June 15, 2019. The device was sharing at least a portion of files known to law enforcement to contain material related to the sexual exploitation of minors. Of the 35 files initially shared, 26 files were successfully downloaded were found in a single folder titled "9yo jenny full" and two of the files located in the folder are described as follows:

   a. **pthc Jenny 9yo daughter back fucked.avi:** This video depicts an adult male anally penetrating a prepubescent female.

---

[1] File-sharing is a method of distributing electronically stored information, including digital media such as images and videos. Peer-to-peer (P2P) file-sharing applications enable networks of computer users to share and access files on their computers through the internet. Participants in a peer-to-peer file-sharing network typically designate certain computer files for access by others within their network. Through the internet, those within the network can then use the peer-to-peer file-sharing application to obtain designated files and transfer them to their own computer.

  b. **Pthc Ptsc 9Yo Jenny Tied Up And Smiling.jpg:** This photo depicts a prepubescent female laying on a blanket. She is naked, but is wearing black knee-high stockings on each leg, and a brown collar around her neck. Her arms are placed directly above her head and her legs are spread with her feet touching, exposing her genitalia in a lewd and lascivious manner. Her legs are bound with a yellow rope tied separately around each shin and upper thigh.

The second download of files from the SUBJECT IP ADDRESS on the P2P network occurred on February 15, 2022. This device was sharing at least a portion of the files known by law enforcement to contain material related to the sexual exploitation of minors; of the 94 files initially shared, 68 files fully downloaded. Many of these files depicted footage of prepubescent children nude or engaging in sexually explicit conduct. Among the received files were the following:

  a. **(PTHC) Kelly 8yo – Sucking & Trying Fuck.avi:** This video depicts a naked prepubescent female orally copulating an adult male. A later clip depicts an adult male attempting to anally penetrate a prepubescent female.

  b. **@KP HARDCORE[0.48_close-up anal]_(Pthc) (Hussyfan) (Kingpass) (Vicky) (Lordofthering) (Moscow) (.avi:** This video depicts an adult male anally penetrating a prepubescent female, who pulls his penis out of the prepubescent female's anus and ejaculates on the outside of her genitalia.

  c. **ptsc_Jenny 9yo daughter tied up and dog licking her.avi:** This video depicts a prepubescent female, whose wrists have been tied together above her head with rope. The prepubescent female is naked expect for a beanie on her head that is pulled down over her eyes, her nose and mouth are exposed. Her legs are spread and a dog is licking her genitalia. The dog stops licking her vagina, so an adult then rubs a stick of butter on her vagina and the dog begins to lick her genitalia again. An adult male then puts his

penis in the mouth of the prepubescent female and the prepubescent female orally copulates him.

Based on the above information, a Department of Justice Administrative Subpoena was served on AT&T Corporation for subscriber information associated with the SUBJECT IP ADDRESS. AT&T responded and identified the account holder as CAMERON PULLIAM at a residence in Oceanside, California. The account was established November 10, 2018 and was active.

On March 3, 2022, a federal search warrant was signed by United States Magistrate Judge Jill L. Burkhardt for PULLIAM's residence. The warrant was executed on March 8, 2022. Numerous electronic devices and media were seized from the residence. PULLIAM's wife told agents that conducted the search which devices belong to PULLIAM, and which devices belonged to others in the residence.

Following the execution of the search warrant, the electronic devices and media seized from the residence were forensically reviewed. The forensic review of these items identified numerous devices containing depictions of minors and prepubescent minors engaged in sexually explicit conduct. Additionally, there were files containing images of child erotica, and stories detailing incest and the rape of children. Lastly, several of the devices contained evidence of the use of P2P software-sharing programs, including the program used by law enforcement.

Among the devices seized and reviewed was a Samsung cellular phone which was identified as PULLIAM's cellular phone. Over 100 videos depicting minors and prepubescent minors engaged in sexually explicit conduct were located on the Samsung cellular phone. Notably, fifty-six of the 100 videos located on the Samsung cellular phone matched the same file names and hash values as fifty-six files downloaded by the FBI computer from the SUBJECT IP ADDRESS on February 15, 2022.

The Samsung cellular phone and/or parts of cellular phone were not manufactured within the state of California and must have traveled in interstate or foreign commerce to be found therein.

## REQUEST FOR SEALING

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact of this continuing investigation.